**Opinion filed June 8, 2023**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-22-00202-CR

_____

**JAMES LEE DUVALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CR28049**

## M E M O R A N D U M   O P I N I O N

The trial court convicted Appellant, James Lee Duvall, of the second-degree felony offense of online solicitation of a minor. *See* TEX. PENAL CODE ANN. § 33.021(c), (f) (West Supp. 2022). The trial court found the enhancement allegation to be true and assessed Appellant's punishment at imprisonment for twenty years in the Institutional Division of the Texas Department of Criminal Justice. *See id.* § 12.42(b) (West 2019). We affirm.

Appellant's court-appointed counsel has filed in this court a motion to withdraw. The motion is supported by a brief in which counsel professionally and

conscientiously examines the record and applicable law and concludes that there are no arguable issues for the appeal and that the appeal is without merit. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a copy of both the clerk's record and the reporter's record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review with the clerk of the Texas Court of Criminal Appeals seeking review by that court. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is frivolous and without merit.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

JOHN M. BAILEY
CHIEF JUSTICE

June 8, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.